IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00045-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROBERT ANTHONY ULIBARRI,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce ROBERT ANTHONY ULIBARRI, a.k.a. Bruce Anthony Ulibarri, D.O.B. 1954, Booking No. 1544606, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Superseding Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 18th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO